IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Cole, Waunience | Case Number: 08 B 08701 |
| | Judge: Hollis, Pamela S |
| Printed: 10/7/08 | Filed: 4/10/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: August 11, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,900.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,043.00 |
| Trustee Fee: |  | 142.03 |
| Other Funds: |  | 1,714.97 |
| Totals: | 3,900.00 | 3,900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,043.00 | 2,043.00 |
| 2. | Smith Rothchild Financial Co | Secured | 0.00 | 0.00 |
| 3. | Bank Of New York | Secured | 0.00 | 0.00 |
| 4. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 5. | Smith Rothchild Financial Co | Secured | 0.00 | 0.00 |
| 6. | Peterson Lofts Condominium Assoc | Secured | 0.00 | 0.00 |
| 7. | Monterey Financial Services | Secured | 500.00 | 0.00 |
| 8. | Citi Residential Lending Inc | Secured | 47,264.29 | 0.00 |
| 9. | Bank Of New York | Secured | 5,622.17 | 0.00 |
| 10. | GMAC Auto Financing | Unsecured | 0.00 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 4,276.57 | 0.00 |
| 12. | Commonwealth Edison | Unsecured | 1,147.74 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 1,357.20 | 0.00 |
| 14. | Cook County Treasurer | Secured | | No Claim Filed |
| 15. | Premier Management Services Inc | Secured | | No Claim Filed |
| 16. | American Express | Unsecured | | No Claim Filed |
| 17. | Citibank | Unsecured | | No Claim Filed |
| 18. | Premier Management Services Inc | Unsecured | | No Claim Filed |
| | | | $ 62,210.97 | $ 2,043.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 142.03 |
| | $ 142.03 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Cole, Waunience | Case Number:  08 B 08701 |
| | Judge:  Hollis, Pamela S |
| Printed:  10/7/08 | Filed:  4/10/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

